IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**PATRICK MICHAEL WRIGHT,**
**PATRICIA SUSAN WRIGHT,**
**DEBORAH ANN COX,**
**RICHARD L. ARMSTRONG,**
**DONALD R. REYNOLDS, and**
**DEBORAH L. WYCKOFF,**

      Plaintiffs,

v.                                                                             **Civil Action No. 1:20-CV-222**
                                                                          **Hon. Judge Irene M. Keeley**

**ANTERO RESOURCES CORPORATION,**

      Defendant.

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Antero Resources Corporation makes the following disclosure:

1.     Is the party a non-governmental corporate party?

                        ☑    YES    ☐    NO

2.     If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

        There is no such corporation.

3.     If the answer to Number 1 is "yes," list below any publically-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

        There is no such corporation.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

2

|  |  |
|---|---|
| | ***/s/ W. Henry Lawrence*** |
| | W. Henry Lawrence (WV State Bar #2156) |
| | hank.lawrence@steptoe-johnson.com |
| | Amy M. Smith (WV State Bar #6454) |
| | amy.smith@steptoe-johnson.com |
| | Shaina D. Massie (WV State Bar #13018) |
| | shaina.massie@steptoe-johnson.com |
| STEPTOE & JOHNSON PLLC | 400 White Oaks Boulevard |
| Of Counsel | Bridgeport, WV  26330 |
| | (304) 933-8000 |

Attorneys for Antero Resources Corporation

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th day of November 2020, I electronically filed the foregoing "Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 of Antero Resources Corporation" with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following CM/ECF participants:

    Samuel A. Hrko, Esquire
    Jonathan R. Marshall, Esquire
    Victor S. Woods, Esquire
    BAILEY & GLASSER, LLP
    209 Capitol Street
    Charleston, WV 25301

    William E. Ford III, Esquire
    FORD LAW OFFICE
    217 East Main St.
    Clarksburg, WV 26301

    Scott A. Windom, Esquire
    WINDOM LAW OFFICES, PLLC
    101 East Main Street
    Harrisville, WV 26362

                                              */s/  W. Henry Lawrence*